REX
*v.*
DOAKS.

## Dom. Rex *verſ.* Doaks.

Rec. 1763.
Fol. 110.
————
In Support of an Indictment for keeping a Bawdy Houſe, Evidence of Acts of Laſciviouſneſs by the Defendant while a Lodger, and before ſhe was Miſtreſs of the Houſe, is inadmiſſible.
On Trial of an Indict-

**D**OAKS was indicted before the Seſſions for keeping a Bawdy Houſe, found guilty there and fined; from thence ſhe appealed, and it appeared that Part of the Time ſhe was indicted for, ſhe was only a Lodger, and not Miſtreſs of the Houſe.

*The King's Attorney* offered to give Evidence of ſome Acts of Laſciviouſneſs before the Time in which

———

which ſhe was proved to have been Miſtreſs of the Houſe. He ſaid it was by Way of Inducement, but *the Court ruled*, that no Evidence before ought to be admitted.

He likewiſe offered to prove her of general ill Character, but *the Court*, on that Point too, *ruled*, that he could not enter into that, before the other Side attempted to ſupport it. (1)

The Jury, by Direction of the Court, brought in their Verdict "*Not Guilty.*"

<div style="margin"> 1763.

REX
*v.*
DOAKS.

ment for keeping a Bawdy Houſe, Evidence of the Defendant's general Character is inadmiſſible for the Government, until the Defendant has attempted to ſupport it.
</div>